IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

NATHAN MILLS,

      Appellant,

v.

      Case No.  5D22-1079
      LT Case No. 2016-CF-2040

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed March 17, 2023

3.850 Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

William R. Ponall, of Ponall Law,
Maitland, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

WALLIS and EISNAUGLE, JJ., concur.
EDWARDS, J., concurs specially, with opinion.

EDWARDS, J., specially concurring.

Appellant's trial counsel was not ineffective in any sense of the word.

Appellant's arguments to the contrary are unpersuasive factually and legally.